# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FILED JUL 3 1 2001

MIKE SANTILLANES, a/k/a
MIGUEL DE LA GARZA

    Plaintiff,

v.                                                    NO. CIV 01-0091 JP/RLP

JOHN ALLEN,
    In his individual capacity,

OTIS RODRIGUEZ,
    In his individual capacity,

JOHN DOE 1,
    In his individual capacity, and

JOHN DOE 2,
    In his individual capacity,

    Defendants.

## ATTORNEYS' PROVISIONAL DISCOVERY PLAN

1. Pursuant to Fed. R. Civ. P. 26(f), counsel and Plaintiff pro se conducted a "meet and confer" conference on April 9, 2001 and was attended by:

    Joe M. Romero, Jr., Esq. for Plaintiff Mike Santillanes a/k/a Miguel De La Garza,

    French & Associates, P.C. (Luis Robles, Esq.) for Defendant, Otis Rodriguez ("Officer Rodriguez"), and

    John E. DuBois, Esq. for Defendant, John Allen ("Officer Allen"),

2. Discovery Plan. The parties jointly propose to the Court the following discovery plan:



By using depositions, interrogatories, requests for production, and requests for admission, the parties intend to conduct discovery regarding the various claims brought by Plaintiff and defenses alleged by Defendants within approximately 150 days.

Discovery will be needed on the following subjects:

Plaintiff seeks to obtain the following discovery:

1. Defendant's personnel and internal affairs files.

2. Depositions of Defendants and any fact witnesses as they become known.

3. Depositions Defendants' expert witnesses as they become known.

4. Answers to Interrogatories.

5. Responses to Requests for Production.

6. Responses to Requests for Admission.

7. Discovery related to the facts alleged in the Complaint;

8. Discovery related to the facts surrounding the incidents in question; and

9. Discovery related to the facts surrounding prior acts as they become known.

Officer Rodriguez and Officer Allen seek to obtain the following discovery from Plaintiff:

1. Deposition of Plaintiff and other fact witnesses as they become known;

2. Depositions of Plaintiff's expert witnesses as they become known;

3. Answers to Interrogatories;

4. Responses to Requests for Production;

5. Responses to Requests for Admission;

6. Specific facts regarding events leading up to and including the incident which is

the subject matter of this lawsuit;

7. Other information which may later prove relevant or which may otherwise lead to the discovery of admissible evidence regarding Plaintiff's claims or defenses.

All discovery commenced in time to be completed by __January 4, 2002__. Discovery on (issue for early discovery) to be completed by ____(not applicable)____.

Maximum of __25__ interrogatories by each party to any other party. (Responses due __30__ days after service.)

Maximum of __25__ Requests for production by each party to any other party. (Responses due __30__ days after service.)

Maximum of __50__ requests for admission by each party to any other party. (Responses due __30__ days after service.)

Maximum of __5__ depositions by Plaintiffs and __5__ by Defendants.

Each deposition (other than of Plaintiff) is limited to a maximum of __4__ hours unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) are due:

from Plaintiffs by __October 24, 2001__;

from Defendants by __November 23, 2001__.

Supplementation under Rule 26(e) due __December 7, 2001__.

3. <u>Other Items</u>. *(use separate paragraphs or subparagraphs as necessary if parties disagree.)*

The parties request a settlement conference in __January, 2002__.

The parties request a pre-trial conference in __March, 2002__.

3

Plaintiffs should be allowed until ___October 24, 2001___ to join additional parties and until ___October 24, 2001___ to amend the pleadings.

Defendants should be allowed until ___November 23, 2001___ to join additional parties and until ___November 23, 2001___ to amend the pleadings.

All potentially dispositive motions should be filed by ___January 22, 2002___.

Plaintiffs shall provide the Pre-trial Order to Defendant(s) by ___February 22, 2002___ and Defendants shall submit to the Court by ___March 8, 2002___.

Settlement cannot be evaluated prior to end of discovery.

Respectfully submitted

___Telephonically approved July 31, 2001___
Joe Mr. Romero, Jr., Esq.
Attorney for Plaintiff Mike Santillanes
1905 Lomas Blvd., N.W.
Albuquerque, New Mexico 87104
(505) 843-9776

STATE OF NEW MEXICO
RISK MANAGEMENT DIVISION
LEGAL BUREAU

By: ___Telephonically approved July 31, 2001___
John E. DuBois, Esq.
Attorney for Defendant Officer Allen
Post Office Drawer 26110
Santa Fe, New Mexico 87502-6110
(505) 827-2202

FRENCH & ASSOCIATES, P.C.

By: _____
Luis Robles
Attorney for Defendant Officer Rodriguez
500 Marquette Ave. N.W., Suite 600
Albuquerque, New Mexico 87102
(505) 843-7075

5