# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT

02 MAR 28 PM 3: 07

CLERK SANTA FE

MIKE SANTILLANES
a/k/a Miguel De La Garza,

**Plaintiff,**

vs.                                No. CIV-01-0091 JP/RLP

JOHN ALLEN, in his individual capacity;
OTIS RODRIGUEZ, in his individual capacity;
JOHN DOE 1, in his individual capacity;
JOHN DOE 2, in his individual capacity,

**Defendants.**

## UNOPPOSED MOTION TO DISMISS
## PLAINTIFF'S CLAIMS FOR CIVIL RIGHTS VIOLATIONS,
## STATE TORT CLAIMS, AND DAMAGES AGAINST
## JOHN ALLEN, JOHN DOE 1 AND JOHN DOE 2

The Parties, by and through their attorneys of record, hereby move the Court to enter an Order of Dismissal dismissing Plaintiff's claims for civil rights violations, state tort claims, and damages against John Allen, John Doe 1 and John Doe 2 in the above referenced matter and in support thereof state, as follows:

1.     The Parties have fully, completely and amicably resolved their disputes and claims herein to the mutual satisfaction of both parties.

2.     Accordingly, a proposed Order of Dismissal is submitted herein.

WHEREFORE, the Parties respectfully request the Court to enter the proposed Order dismissing Plaintiff's claims for civil rights violations, state tort claims and damages against defendants, individually and in their official capacity, in the above-captioned matter with prejudice.

53

Respectfully submitted,


*Telephonically Approved upon review*
*of faxed copy 3/22/02*
Joe M. Romero, Jr., Esq.
1905 Lomas Blvd. NW
Albuquerque, NM 87104
(505) 843-9776
*Attorney for Plaintiff Mike Santillanes*


**LAW OFFICES**
**Legal Bureau/RMD**
**State of New Mexico**


John E. DuBois, Esq.
Post Office Drawer 26110
Santa Fe, NM 87502-0110
(505) 827-2202
*Attorney for Defendants*
*John Allen, John Doe 1 and John Doe 2*